IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | |
|---|---|
| SCOTT STRENGER,<br><br>    Plaintiff,<br><br>v.<br><br>RMC CONSULTING, INC., a/k/a RMC CONSULTANTS LTD, INC., d/b/a RMC GROUP, a Nevis Corporation, MARK ELWELL, an individual,<br><br>    Defendants. | CASE NO. 23-CV-1226 |

## DEFENDANTS' SUPPLEMENTAL STATEMENT OF CONFERRAL TO ITS MOTION TO COMPEL PLAINTIFF'S RULE 26 DISCLOSURES

Defendants, RMC CONSULTING, INC. and MARK ELWELL, by and through their undersigned counsel, hereby provide this Court a supplemental Statement of Conferral to its Motion to Compel Plaintiff, SCOTT STRENGER, to produce their Rule 26 disclosures [Doc. 39] and state the following:

### Supplemental Statement of Conferral

Defendants' counsel has attempted to confer with Plaintiff's counsel about Plaintiff's overdue Rule 26 disclosures as well as other matters, through multiple e-mails over several weeks, and through attempted phone calls. Neither Plaintiff's counsel nor his staff have responded to defense counsel's emails. When the

undersigned called Plaintiff's counsel's office several times over the last three weeks, no one answered the phone, and an automated greeting advised that the user's mailbox could not accept messages and an error had occurred. After filing the Motion to Compel Plaintiff's Mandatory Disclosures, Defendants' counsel acted in accordance with Local Rule 3.01(g)(3) and made a diligent effort to contact the opposing party for the three days following the filing of the Motion, but was unsuccessful. As such, Defendants' Motion to Compel Plaintiff's Mandatory Disclosures remains unresolved.

WHEREFORE, Defendants, RMC CONSULTING, INC. and MARK ELWELL, having acted in accordance with Local Rule 3,01 (g), respectfully request this Court to enter an order compelling Plaintiff, SCOTT STRENGER, to serve his Rule 26 disclosures and requiring Plaintiff to pay Defendants' attorney fees and costs incurred in pursuing the relief requested herein.

    COLEMAN, TAYLOR, KLAUS, DOUPÉ
    DIAZ & TORREZ, P.A.

By: /s/ *Magner D. Tiuso*
    Damian C. Taylor, Esq.
    Florida Bar No. 014000
    dtaylor@chtlegal.com*
    Magner D. Tiuso, Esq.
    Florida Bar No. 1031176
    mtiuso@chtlegal.com*
    **LEAD TRIAL COUNSEL**
    *for Defendants*

>4099 Tamiami Trail North
>Suite 201
>Naples, FL 34103
>239-298-5200
>239-298-5236 (facsimile)
>
>*All service e-mail should be sent to:
>service@chtlegal.com

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on this 25th day of October, 2024 the foregoing was electronically filed with the Clerk of Court using the CM/ECF portal which will send a notice of electronic filing to all counsel of record.

>COLEMAN, TAYLOR, KLAUS, DOUPÉ, DIAZ & TORREZ, P.A.
>
>By: */s/ Magner D. Tiuso*
>Magner D. Tiuso, Esq.
>Florida Bar No. 1031176