UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**SCOTT STRENGER**,

    Plaintiff,

v.                                                                              2:23-cv-1226-SPC-NPM

**RMC CONSULTING, INC.**, *et al.*,

    Defendants.

## ORDER

This is an employment dispute case, but the issue before us involves expense-of-motion fees related to a motion to compel. (Doc. 44). We previously ordered the parties to advise us whether they had resolved the fee issue (Doc. 58), and they informed us that they have. (Doc. 62). We adopt their agreement as a reasonable resolution of the motion.

Plaintiff's counsel Jay Farrow must pay the defense $2,000 total. This expense-of-motion award is to be paid in monthly $500 increments, with the first payment due August 1 and the final payment due by November 1, 2025.

**ORDERED** on June 16, 2025

NICHOLAS P. MIZELL
United States Magistrate Judge